FILED: September 18, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1632
(8:23-cv-02837-DKC)

_____

JERMAINE TYLER

    Plaintiff - Appellant

v.

JUDGE CARLOS F. ACOSTA, as Individual; JUDGE JOHN M. MALONEY, as Individual; JUDGE MICHAEL J. MCAULIFFE, as Individual; JUDGE JAMES A. BONIFANT, as Individual

    Defendants - Appellees

_____

O R D E R

_____

The court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk